People v Watkins (2024 NY Slip Op 06237)

People v Watkins

2024 NY Slip Op 06237

Decided on December 12, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 12, 2024

No. 121

[*1]The People & c., Respondent,
v
Jerry Watkins, Appellant.

Jane I. Yoon, for appellant. 
Martin P. McCarthy, II, for respondent. 

MEMORANDUM:
The order of the Appellate Division should be affirmed.
The argument defendant raises on this appeal, whether the initial stop of defendant constituted a level four encounter with police, is unpreserved for our review (see CPL 470.05 [2]; People v Graham, 25 NY3d 994, 996-997 [2015]; see generally People v De Bour, 40 NY2d 210 [1976]).
Order affirmed, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 12, 2024